UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO. 26-41

BLAKE BACHEMIN                               SECTION M

## **ORDER**

Considering the government's motion acknowledging defendant's acceptance of responsibility pursuant to United States Sentencing Guidelines § 3E1.1 (R. Doc. 23),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that, pursuant to U.S.S.G. § 3E1.1(b), the downward adjustment for this defendant's acceptance of responsibility is three points.

New Orleans, Louisiana, this 11th day of May, 2026.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE